**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

**No. 95-31088**
**Summary Calendar**

---

**In The Matter Of:  BAINE SMITH TRANSPORT, INC.,**

**Debtor.**

**BAINE SMITH,**

**Appellant,**

**VERSUS**

**BARRY KUPERMAN,**

**Appellee.**

---

Appeal from the United States District Court
For the Western District of Louisiana

---

(95-CV-25)

---

May 8, 1996

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

This is an appeal from a judgment entered by the United States

District Court for the Western District of Louisiana which affirmed

---

[*] Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

the judgment of the United States Bankruptcy Court for the Western District of Louisiana wherein the bankruptcy judge held that a 1989 Corvette was property of the bankruptcy estate under 11 U.S.C. § 541(a). We have carefully reviewed the briefs, the record excerpts and relevant portions of the record itself. For the reasons stated by the United States district judge in his memorandum ruling filed September 27, 1995, we affirm the judgment filed September 27, 1995, which affirms the earlier judgment of the bankruptcy court.

**AFFIRMED.**